946

No. 6345.  DIGGS *v.* MOONEY ET AL.  Sup. Ct. Ill. Certiorari denied.

No. 6349.  ESCOBAR *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 6352.  PHILLIPS *v.* WADE ET AL.  Ct. App. Ky. Certiorari denied.

No. 6354.  VINCENT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 6355.  MARAS *v.* GEHRING.  C. A. D. C. Cir.  Certiorari denied.

No. 6360.  SEYMOUR *v.* O'SHEA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 6361.  COBB *v.* RAILROAD RETIREMENT BOARD. C. A. 5th Cir.  Certiorari denied.

No. 6371.  BORELLI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 6372.  SAMUEL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 6374.  HUFFMAN *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 6376.  STANDLEY *v.* RHAY, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 6378.  JONES ET AL. *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 6383.  STOKES ET AL. *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.